IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**MURPHY BURNETT**                                                                               **PLAINTIFF**

**VS.**                                                      **CAUSE NO.: 3:14-cv-651-CWR-LRA**

**HINDS COUNTY, MISISSIPPI, by and**                                      **DEFENDANT**
**through its Board of Supervisors, HINDS**
**COUNTY SHERIFF'S DEPARTMENT,**
**SHERIFF TYRONE LEWIS, officially and**
**in his individual capacity, THE CITY OF**
**JACKSON, MISSISSIPPI, SERGEANT**
**PATRICIA WILDER, in her official and**
**individual capacity, SERGEANT CEDRIC**
**MYLES, in his official and individual**
**capacity, OTHER UNKNOWN JOHN and**
**JANE DOES A-Z, also in their official and**
**individual capacity**

## **FINAL JUDGMENT**

In accordance with the Court's ruling from the bench on September 29, 2017, *see* Docket No. 135, the Plaintiff's claims against Defendants will be dismissed. All state law claims are dismissed WITHOUT PREJUDICE, and all federal law claims are dismissed WITH PREJUDICE. This case is closed.

**SO ORDERED AND ADJUDGED** this the 2nd day of October, 2017.

                                                                             s/ Carlton W. Reeves
                                                                             UNITED STATES DISTRICT JUDGE